BEN SHAW (SBN 319194)
E-Mail: bshaw@mbllegal.com
MARILYN E. BEDNARSKI (SBN 105322)
E-Mail: mbednarski@mbllegal.com
McLane, Bednarski & Litt, LLP
975 East Green Street Pasadena, California 91106
Telephone: (626) 844-7660; Fax: (626) 844-7670



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, <br><br> PLAINTIFF <br><br> v. <br><br> Glen Louis Cozart <br><br> DEFENDANT. | CASE NUMBER: <br><br> CR24-00077(A)-WLH <br><br> **DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS** |
|---|---|

I, Glen Louis Cozart _____, declare that
*(Defendant/Material Witness)*

☐ I have never been issued any passport or other travel document by any country. I will not apply for a passport or other travel document during the pendency of this case.

☑ I have been issued a passport or other travel document(s). I will surrender [HAS SURRENDERED] my passport and all other travel document(s) issued to me to ~~the U.S. Pretrial Services Agency~~ [MY ATTORNEY] by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case. *BS*

☐ I am unable to locate my passport(s) or other travel document(s). If I locate any passport or other travel document issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

☐ My passport and all other travel documents issued to me are in the possession of federal authorities. If any such document is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __12th__ day of __August__, 20__24__
at __Alta Loma, California__
    *(City and State)*

x _____
    *Signature of Defendant/Material Witness*

If the declarant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____
languages. I accurately translated this form from English into _____
to declarant _____ on this date.

Date: _____
                                        *Interpreter*

CR-37 (05/15)     DECLARATION RE PASSPORT AND OTHER TRAVEL DOCUMENTS