BEN SHAW (SBN 319194)
MARILYN E. BEDNARSKI (SBN 105322)
McLane, Bednarski & Litt LLP
975 East Green Street, Pasadena, CA. 91106

CLERK, U.S. DISTRICT COURT

FILED

AUG 1 2 2024

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | CR 24-00077-WLH |
| v. | |
| Glen Louis Cozart | **DESIGNATION AND APPEARANCE OF COUNSEL** |
| DEFENDANT(S). | |

### DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint
Ben Shaw and Marilyn Bednarski of McLane, Bednarski & Litt, LLP_____, Esquire, as my attorney to appear for
me throughout all proceedings in this case.

August 12, 2024
_____
Date

X _____
Defendant's Signature

Alta Loma, California
_____
City and State

### APPEARANCE OF COUNSEL

I, Ben Shaw and Marilyn Bednarski of McLane, Bednarski & Litt, LLP_____ Attorney at law duly admitted to
practice before the United States District Court for the Central District of California, hereby consent to my designation and
appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as
defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

8/12/24
_____
Date

_____
Attorney's Signature

105322
_____
California State Bar Number

975 East Green Street
_____
Street Address

Pasadena, Ca. 91106
_____
City, State, Zip Code

626 844 7660                    626 844 7670
_____        _____
Telephone Number                Fax Number

bshaw@mbllegal.com ; mbednarski@mbllegal.com
_____
E-mail Address

CR-14 (01/07)                    **DESIGNATION AND APPEARANCE OF COUNSEL**