FILED
CLERK, U.S. DISTRICT COURT

AUG 1 2 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 8:24-cr-00077-WLH |
| v. Max Turbett | |
| DEFENDANT(S). | **DESIGNATION AND APPEARANCE OF COUNSEL** |

### DESIGNATION OF COUNSEL

    I, the undersigned defendant in the above-numbered case, hereby designate and appoint
Craig Wilke _____, Esquire, as my attorney to appear for
me throughout all proceedings in this case.

8-12-2024
*Date*

_____
*Defendant's Signature*

Melbourne, Australia
*City and State*

### APPEARANCE OF COUNSEL

    I, Craig Wilke _____ Attorney at law duly admitted to
practice before the United States District Court for the Central District of California, hereby consent to my designation and
appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as
defendant's counsel.

    Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

8-12-2024
*Date*

_____
*Attorney's Signature*

150728
*California State Bar Number*

305 N. Harbor Blvd., Suite 216
*Street Address*

Fullerton, CA 92832
*City, State, Zip Code*

714-870-8900
*Telephone Number*                *Fax Number*

craig@craigwilkelaw.com
*E-mail Address*

CR-14 (01/07)                **DESIGNATION AND APPEARANCE OF COUNSEL**