FILED

2024 AUG 12  PM 3: 40

CLERK U.S. DIST. COURT
CENT. DIST. OF CALIF.
LOS ANGELES
BY: _____ CQD

CRAIG WILKE (150728)
craig@craigwilkelaw.com
305 N. Harbor Blvd., Suite 216
Fullerton, California 92832-1901
Telephone (714) 870-8900
Facsimile (714) 879-2278

Attorney for Defendant
MAX SAMUEL BENNETT TURBETT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:24-cr-00077-WLH-3 |
| Plaintiff, | **CERTIFICATION RE:  SOURCE OF FUNDS FOR APPEARANCE BOND** |
| v. | |
| MAX SAMUEL BENNETT TURBETT, | |
| Defendant. | |

Defendant Max Samuel Bennett Turbett hereby certifies that the $100,000 collateral bond that he posted is his personal property and not the property of any third party.

Dated:  August 12, 2024

_____
MAX SAMUEL BENNETT TURBETT
Defendant

1