CLERK, U.S. DISTRICT COURT

AUG 12 2024

RESET FORM

CENTRAL DISTRICT OF CALIFORNIA
BY          bm          DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 8:24-CR-00077 |
| v. | |
| Steven Arthur Lankford, et al. | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

### DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint
_____ Richard Steingard _____, Esquire, as my attorney to appear for
me throughout all proceedings in this case.

07/10/2024
Date

Defendant's Signature

SANTA CLARITA, CA
City and State

### APPEARANCE OF COUNSEL

I, _____ Richard Steingard _____ Attorney at law duly admitted to
practice before the United States District Court for the Central District of California, hereby consent to my designation and
appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as
defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

7/11/2024
Date

Attorney's Signature

106374
California State Bar Number

724 South Spring Street, 9th Floor
Street Address

Los Angeles, CA 90014
City, State, Zip Code

(213) 260-9449
Telephone Number

(213) 260-9450
Fax Number

richard@steingardlaw.com
E-mail Address

CR-14 (01/07)                    DESIGNATION AND APPEARANCE OF COUNSEL