FILED
CLERK, U.S. DISTRICT COURT

AUG 1 2 2024

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America | | CASE NUMBER |
| | PLAINTIFF | 8:24-cr-00077-WLH |
| Matthew Hart | v. | |
| | DEFENDANT(S). | **DESIGNATION AND APPEARANCE OF COUNSEL** |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint Anthony M. Solis _____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

8-12-2024
_____
Date

_____
*Defendant's Signature*

Perth, Australia
_____
*City and State*

## APPEARANCE OF COUNSEL

I, Anthony M. Solis _____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

8-12-2024
_____
Date

_____
*Attorney's Signature*

198580
_____
*California State Bar Number*

23679 Calabasas Road, Suite 412
_____
*Street Address*

Calabasas, CA 91302
_____
*City, State, Zip Code*

213-489-5880
_____
*Telephone Number*                    *Fax Number*

anthonysolislaw@gmail.com
_____
*E-mail Address*