Anthony M. Solis, SBN 198580
A Professional Law Corporation
23679 Calabasas Road, Suite 412
Calabasas, CA 91302-1502
213-489-5880 - Phone
213-489-5923 - Fax
anthonysolislaw@gmail.com

Attorney for Defendant
Matthew Hart

United States District Court

Central District of California

| United States of America, | Case No: 8:24-cr-00077(A)-WLH |
|---|---|
| Plaintiff, | Declaration of Matthew Hart re Surrender of Firearms |
| v. | |
| Matthew Hart, | |
| Defendant. | |

I, Matthew Hart, declare as follows

1. I am a defendant in this matter. I make this declaration following my initial appearance in this matter.

2. Further to the Court's order, I have transferred all weapons in my possession to a third party. No longer possess the weapons detailed in the pre-trial services report.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 16 day of August, 2024 at Perth, Australia

*/s/ Matthew Hart*
Matthew Hart

Declaration of Matthew Hart