Anthony M. Solis, SBN 198580
Anthony M. Solis, A Professional Law Corporation
23679 Calabasas Road, Suite 412
Calabasas, CA 91302
213-489-5880
anthonysolislaw@gmail.com
Attorney for Defendant Matthew Hart

CLEAR FORM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 8:24-cr-00077-WLH |
| v. | |
| Matthew Hart | **WAIVER OF DEFENDANT'S PRESENCE** (Rule 43, Federal Rules of Criminal Procedure) |
| Defendant(s) | |

The undersigned defendant hereby waives the right to be present in person in open court upon hearing of any motion in this cause, including the time that the case is ordered set for trial, when a continuance is ordered, or when any other action is taken by the Court before, during or after trial: except upon arraignment, plea, impanelment of a jury and imposition of sentence.

The undersigned defendant requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant himself was personally present in court; and further agrees to be present in person in court ready for trial on any day and hour which the Court may fix in his absence.

Date: 8-12-2024

Signature of Defendant

PERTH, AUSTRALIA
City, State, Zip Code

[redacted]
Telephone Number

☐ Please check here if this is a change of address.

Date: 8-12-2024

Attorney for Defendant

CR-35 (03/07)              WAIVER OF DEFENDANT'S PRESENCE
                  (Rule 43, Federal Rules of Criminal Procedure)