1  MARILYN BEDNARSKI, SBN 105322
   E-mail: mbednarski@mbllegal.com
2  BEN SHAW, SBN 319194
   E-mail: bshaw@mbllegal.com
3  McLANE, BEDNARSKI & LITT, LLP
4  975 East Green Street
   Pasadena, California 91106
5  Tel: (626) 844-7660; Fax: (626) 844-7670
6
7  Attorneys for Defendant Cozart

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          Case No. 24-CR-00077-WLH-Def. 4.

12          Plaintiff,

13 v.                                 **NOTICE OF FILING OF
                                       DECLARATIONS OF DEFENSE
14 GLEN LOUIS COZART,                  COUNSEL AND DEFENDANT
                                       COZART IN SATISFACTION OF
15          Defendant.                 BAIL CONDITIONS**

16

17

18

19      Defendant Glen Louis Cozart, by and through his attorneys of record

20 Marilyn E. Bednarski and Ben Shaw, hereby give notice of this filing of the

21 attached declarations of defense counsel and defendant Cozart in satisfaction of the

22 outstanding conditions of bail set August 12, 2024 and documented in the court's

23 CR-01 bail form (Dkt. 47).

24                              Respectfully Submitted,
                                McLANE, BEDNARSKI & LITT, LLP
25

26  DATED: Aug. 16, 2024    By  /S/ Marilyn E. Bednarski
                                MARILYN E. BEDNARSKI
27                              Attorneys for Defendant Cozart