**DECLARATION OF GLEN LOUIS COZART**

I, Glen Louis Cozart, hereby state and declare as follows:

1. I am a defendant in *U.S. v. Lankford, et al*, CR 24-00077-WLH-Def. 4. I was arraigned on August 12, 2024, at which time bond was set at an $80,000 unsecured appearance bond with conditions. I advised the magistrate – judge court at that court hearing that I do not possess any firearms.

2. The magistrate judge set a condition of my bail that I sign a declaration stating that I have no firearms in my possession and will not obtain any additional firearms. See bail conditions, Dkt 47, CR-1 at p. 5.

3. I do not possess any firearms, ammunition, destructive devices or other dangerous weapons. I agree that I will not possess any firearms, ammunition, destructive devices or other dangerous weapons during the pendency of this matter and understand that to be a condition of my bail.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of August, 2024, in Los Angeles, California.

By _____
GLEN COZART

DM180399