RICHARD M. STEINGARD (SBN 106374)
richard@steingardlaw.com
Law Offices of Richard M. Steingard
724 South Spring Street, 9th Floor
Los Angeles, California 90014
Telephone (213) 260-9449
Facsimile  (213) 260-9450

Attorney for Defendant
STEVEN ARTHUR LANKFORD

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>STEVEN ARTHUR LANKFORD, et al.,<br><br>           Defendant. | Case No. 8:24-cr-00077-WLH<br><br>**DECLARATION OF RICHARD STEINGARD RE DEFENDANT STEVEN ARTHUR LANKFORD'S SURRENDER OF PASSPORT** |

1

**DECLARATION OF RICHARD STEINGARD**

I, Richard Steingard, declare and state as follows:

1. I am an attorney licensed to practice law in California and before this Honorable Court. I represent Steven Lankford in the above-captioned matter as his attorney of record.

2. On August 12, 2024, the Court set bond for Mr. Lankford at $80,000, secured by two affidavits of surety without justification. (ECF 41.) As a condition of Mr. Lankford's release, the Court also ordered that he surrender his U.S. passport to me for the pendency of the case. *Id.* The Court ordered that I file an declaration attesting to my possession of Mr. Lankford's passport no later than August 19, 2024. *Id*

3. On that same day, Mr. Lankford filed a Declaration Re Passport and Other Travel Documents in which he confirmed that he would surrender his U.S. States passport. (ECF 43.)

4. On August 15, 2024, I received a package at my office containing Mr. Lankford's United States passport. I will retain possession of Mr. Lankford's passport during the pendency of the case unless and until directed otherwise by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 19, 2024, at Los Angeles, California.

Richard Steingard