# *United States Probation & Pretrial Services*

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer

FILED
CLERK, U.S. DISTRICT COURT

8/19/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CDO_____ DEPUTY

August 19, 2024

To:          Criminal Intake, Clerk's Office

From:        Kimberly Hardiman U.S. Probation & Pretrial Services
             213-598-4222
             Kimberly_Hardiman@cacp.uscourts.gov

RE:          Steven Arthur Lankford
             Docket Number: 8:24-CR-00077-WLH

The defendant's bond includes a condition to "Surrender all firearms, ammunition, destructive devices, or other dangerous weapons. Surrender any such item as directed by Supervising Agency by August 19, 2024, and provide proof to Supervising Agency.

On August 19, 2024, Mr. Lankford reported to the Pretrial Services (PSA) office for his initial intake interview. At that time, Mr. Lankford provided Pretrial Services with verification that his firearms and ammunition are no longer in his possession or residence.

If you have any questions, please contact the above listed officer. Thank you.