# United States Probation & Pretrial Services

United States District Court
Central District of California



Brian D. Karth
District Court Executive

Natasha Alexander-Mingo
Chief Probation and Pretrial Services Officer

August 23, 2024

FILED
CLERK, U.S. DISTRICT COURT
8/23/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: CDO DEPUTY

To: Criminal Intake, Clerk's Office

From: Desiree Soto
U.S. Probation & Pretrial Services Officer
213-894-5647

Re: Matthew Phillip Hart
Docket Number: 8:24-CR-00077-WLH-4

Charge: 18 USC § 1951 (a): Conspiracy to Commit Extortion and Attempted Extortion, 18 USC § 241: Conspiracy Against Rights, and 18 USC § 242, 2(a), 2(b): Deprivation of Rights Under Color of Law

On August 12, 2024, the defendant made his initial appearance before the Honorable Jean P. Rosenbluth, United States Magistrate Judge. On that date, the defendant was ordered released with the following bond condition: Do not possess any firearms, ammunition, destructive devices, or other dangerous weapon. Surrender any such item as directed by Supervising Agency by August 26, 2024 and provide proof to Supervising Agency.

The defendant has satisfied this condition as directed and provided proof that the firearms have been surrendered to a third party, Green Edge Resources, located in Australia.

If you have any questions, please contact the above listed officer.

Thank you.